IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**SCOTT T. WELDON and
ANDREA R. FIELDS,**

**Defendants**                                                                 No. 10-30066-DRH

### ORDER

**HERNDON, Chief Judge**:

      Pending before the Court is Defendant Fields' June 17, 2010 motion to continue (Doc. 27).  Specifically, Fields moves the Court to continue the previously scheduled trial date of June 22, 2010.  On June 14, 2010, the Court granted Defendant Weldon's motion to continue and continued the trial to August 23, 2010 as to both Defendants (Doc. 26).  Thus, the Court **DENIES as moot** Fields' June 17, 2010 motion to continue. (Doc. 27).

      **IT IS SO ORDERED.**

      Signed this 29th day of June, 2010.

                                                /s/  *David R. Herndon*
                                                **Chief Judge
                                                United States District Court**