IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**SCOTT T. WELDON and
ANDREA R. FIELDS,**

**Defendants**                                                                                  No. 10-30066-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant Weldon's December 20, 2010 third motion to continue (Doc. 40). Defendant states that he intends to plead but that he needs additional time for counsel to revisit the Government's charging decision. The Government does not object. The Court being fully advised in the premises finds that Weldon needs additional time. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and *all* Defendants in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Weldon's third motion to

continue (Doc. 40).  The Court **CONTINUES** the jury trial scheduled for January 18, 2011 to March 7, 2011, at 9:00 a.m.  The time from the date the original motion was filed, December 20, 2010, until the date to which the trial is rescheduled, March 7, 2011, is excludable time for the purposes of speedy trial.

Should either, party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 21st day of December, 2010.

David R. Herndon
2010.12.21
12:26:24 -06'00'

**Chief Judge**
**United States District Court**