IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**SCOTT T. WELDON and
ANDREA R. FIELDS,**

**Defendants**                                              No. 10-30066-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant Fields' April 22, 2011 motion to continue trial proceeding (Doc. 51). Defendant states that she needs additional time to review the not yet completed presentence investigation report and to examine her status and rights. The Government does not object. The Court being fully advised in the premises finds that Fields needs additional time to review and to examine her options. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and *all* Defendants in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Fields' motion to continue trial

proceeding (Doc. 51). The Court **CONTINUES** the jury trial scheduled for May 2, 2011 to **Tuesday, July 5, 2011 at 9:00 a.m.** The time from the date the original motion was filed, April 22, 2011, until the date to which the trial is rescheduled, July 5, 2011, is excludable time for the purposes of speedy trial.

Should either, party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 25th day of April, 2011.

David R. Herndon
2011.04.25
20:10:22 -05'00'

**Chief Judge
United States District Court**